

ORIGINAL

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0004

IN RE PETITION OF LEEANN CERTAIN FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

FILED

SEP 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

LeeAnn Certain has petitioned for reinstatement to active status in the State Bar of Montana. Certain voluntarily chose to move to inactive status on January 15, 2013, and since that date has continuously clerked for the Eighteenth Judicial District Court, Gallatin County. The Petition states that Certain is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of LeeAnn Certain for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees, and taxes owing to the State Bar. No continuing education credits for the time on inactive status are required.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 13 day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices